UNITED STATES DISTRICT COURT
NORDERN DISTRICT OF ILLINOIS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| MORGAN COLE, on behalf of himself and all others similarly situated, | :<br>:<br>: Case No.: 1:25-cv-2521-SRH<br>Plaintiffs,  :<br>:<br>v.    : **NOTICE OF SETTLEMENT**<br>:<br>Herrschners, Inc.,  :<br>:<br>Defendant.  :<br>:<br>: |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: May 20, 2025

EQUAL ACCESS LAW GROUP PLLC
*Attorneys for Plaintiff*

 **/s/ David B. Reyes**
By: David B Reyes
68-29 Main Street,
Flushing, NY 11367
Tel: (630)-478-0856
Email: Dreyes@ealg.law