| | |
|---|---|
| MORGAN COLE, on behalf of himself and all others similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>Herrschners, Inc.,<br><br>　　Defendant. | **United States District Court**<br>**Northern District of Illinois**<br><br>Case No.: 1:25-cv-2521<br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: June 6, 2025

| | |
|---|---|
| /s/ David B. Reyes | /s/ Steven J. Molitor Jr. |
| David B. Reyes, Esq. | Steven Molitor |
| EQUAL ACCESS LAW GROUP, PLLC | O'Hagan Meyer LLC |
| 68-29 Main Street | One E. Wacker Drive, Suite 3400 |
| Flushing, NY 11367 | Chicago, Illinois 60601 |
| Tel: (630)-478-0856 | Tel: (312) 422-6100 |
| Email: Dreyes@ealg.law | Email: smolitor@ohaganmeyer.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |